

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00365-CV

**WELLINGTON INSURANCE COMPANY** and Richard Barkkume,
Appellants

v.

Victor **BANUELOS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF001922D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED granting the motion for summary judgment filed by appellants Wellington Insurance Company and Richard Barkkume. Costs of the appeal are taxed against appellee Victor Banuelos.

SIGNED January 31, 2018.

_____
Rebeca C. Martinez, Justice